**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| YOMIKALAN-TASHASHA-JUNE' WALKER-BEY,<br>Plaintiff,<br>v.<br>CHURCH OF GOD IN CHRIST (COGIC), et al.,<br>Defendants. | ) | No. 2:26-cv-02195-SHL-atc |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION AND GRANTING DISMISSAL**

Before the Court is Magistrate Judge Annie T. Christoff's "Report and Recommendation for Sua Sponte Dismissal" (the "R&R"), filed August 14, 2026. (See ECF No. 11.) In the R&R, Judge Christoff recommends that pro se Plaintiff Yomikalan-Tashasha-June' Walker-Bey's Complaint be dismissed with prejudice.

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report and Recommendation have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes.

No errors are present on the face of the R&R. Walker-Bey attempts to bring claims under various sections of the Internal Revenue Code, none of which provide a private right of action. (See ECF No. 11 at PageID 49–50.) Additionally, Walker-Bey attempts to bring claims

on behalf of the United States under the False Claims Act, but district courts lack subject matter jurisdiction to hear such claims when brought by a pro se litigant. For these reasons, Judge Christoff is correct in recommending dismissal of Walker-Bey's Complaint.

On clear-error review, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 24th day of September, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE